Charles W. Adams and Sarah A. Kendall, Administrators of Joanna Binkley, deceased *vs.* Edward Stake and Frederick F. McComas, Garnishees of John H. Mondell, and others.

*Scire facias—Heirs and Terre-tenants.*

The proceeds of the sale of lands belonging to the children of a deceased judgment debtor, and which they inherited from their aunt, cannot be subjected to the payment of such judgment by virtue of a *scire facias* against them as heirs and terre-tenants of such judgment debtor.

Appeal from the Circuit Court for Washington County.

The understanding of this case will be facilitated by reference to the immediately preceding case of *Kendall vs. Mondell, et al.*

*Exception.*—The plaintiffs asked the Court on the agreed statement of facts in the case, to find a verdict for the plaintiffs for the amount of money in the hands of the garnishees belonging to the defendant. The Court (Syester, J.,) refused the instruction, and the plaintiffs excepted and took this appeal.

The cause was argued before. Miller, Stone, Yellott, Robinson, Irving, and Bryan, J., for the appellants, and submitted on brief for the appellees.

*T. H. Edwards,* for the appellants.

*Edward Stake,* for the appellees.

Stone, J., delivered the opinion of the Court.

Waiving all objections to the form of the prayer, the Court below were clearly right in rejecting it.

Adams and Kendall, Admr's *vs.* Stake and McComas, Garns.

The fund sought to be attached in this case was the proceeds of the sale of certain lands belonging to the children of Mrs. Mondell, and which they inherited from their aunt, Miss Binkley. These lands never did belong to Mrs. Mondell. Although these lands were the lands of the children, and not the lands of Mrs. Mondell, the appellants seek to make them responsible for the debts of Mrs. Mondell by virtue of a *scire facias* against the children of Mrs. Mondell as *heirs and terre-tenants* of their mother.

But the record of the *scire facias* against them as such heirs and *terre-tenants* sustains no such claim. The *scire facias* is in the common form against the heirs and *terre-tenants* of Elizabeth Mondell, and describes the children, but gives no description of the lands sought to be charged, and does not charge that the heirs of Mrs. Mondell got any property from her by descent or demise.

The amended return of the sheriff, which the plaintiff seems to rely upon, does not cure this, but only describes the children of Mrs. Mondell as *terre-tenants* of a lot in Hagerstown, which belonged to Mrs. Mondell in 1880, some years before the death of Miss Binkley, from whom the children got the land in dispute.

But by no possible conclusion of law or fact could the property which belonged to Mrs. Mondell in 1880, be made the same property that she never did own, and which her children inherited in 1885, from their aunt, Miss Binkley.

The pleadings in the *scire facias* case raised only the questions of the satisfaction of the judgment and the liability of the lot in Hagerstown, formerly owned by Mrs. Mondell, for it ; and the *fiat* only operated on those questions so raised by the pleadings. The *fiat* in that case does not affect the children's own land.

*Judgment affirmed.*

(Decided 22nd June, 1887.